United States District Court
Southern District of Texas
**ENTERED**
February 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VARINDER SINGH, | § | CIVIL ACTION NUMBER |
| Petitioner, | § | 4:26-cv-01106 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TODD LYONS, *et al*, | § | |
| Respondents. | § | |

## ORDER

Prior order determined that Petitioner Varinder Singh was not entitled to the relief requested in the petition for a writ of *habeas corpus* because it only raised issues resolved to the contrary in prior, cited decisions. Dkt 4; see also 28 USC §2243.

Petitioner was given opportunity to make a further filing within ten days with additional authorities or distinguishing facts. He has not done so.

The petition for a writ of *habeas corpus* is thus DENIED WITH PREJUDICE. Dkt 1.

A final judgment will enter separately.

SO ORDERED.

Signed on February 25, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge